| AO-10 (WP)<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Nomination Report | *Report Required by the Ethics<br>in Government Act of 1978,<br>(5 U.S.C. App. §§101-111)* |
|---|---|---|

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>Hall, James R. | 2. Court or Organization<br>Southern District of Georgia | 3. Date of Report<br>March 21, 2007 |
|---|---|---|
| 4. Title *(Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>District Judge Nominee | 5. Report Type (check appropriate type)<br><br>_X_ Nomination, Date March 19, 2007<br><br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br>1/1/2006 thru 2/28/2007 |
| 7. Chambers or Office Address<br>699 Broad Street<br>Suite 1500<br>Augusta, Georgia 30901 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1. Partner | Warlick, Tritt, Stebbin & Hall, LLP |
| 2. Director | Georgia-Carolina Bancshares, Inc. |
| 3. Director | First Bank of Georgia |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1. | |
| 2. | |

# III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS |
|---|---|---|

### A. Filer's Non-Investment Income

☐ NONE (No reportable non-investment income.)

| | | |
|---|---|---|
| 1. 2006 | Warlick, Tritt, Stebbins & Hall, LLP-Partner Distributions | $ 158,600 |
| 2007 | Warlick, Tritt, Stebbins & Hall, LLP-Partner Distributions | $ 19,000 |
| 3. 2006 | Georgia-Carolina Bancshares, Inc./First Bank of Georgia-Director Fees | $ 7,500 |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE (No reportable non-investment income.)

| | |
|---|---|
| 1. 2007 | Church of the Good Shepherd/Episcopal Day School-Salary |
| 2. 2006 | Church of the Good Shepherd/Episcopal Day School-Salary |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | **NONE** (No such reportable reimbursements.) | |
| 1 | | EXEMPT |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | **NONE** (No such reportable gifts.) | | |
| 1 | | EXEMPT | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | **NONE** (No reportable liabilities.) | | |
| 1 | Bank of America MBNA | Credit Card | J |
| 2 | Bank of America MBNA | Credit Card | J |
| 3 | Citigroup/Smith Barney | Security Margin Account | N |
| 4 | Chase | Credit | J |
| 5 | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hall, James R. | March 21, 2007 |

## VII. Page 1  INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | NONE  (No reportable income, | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Wachovia Corp. Common | F | Div | P1 | T | Exempt | | | | |
| 2 | GECR Common | | None | G | T | | | | | |
| 3 | Bunge Ltd Common | A | Div | J | T | | | | | |
| 4 | Allegheny Technologies Common | A | Div | J | T | | | | | |
| 5 | American Tower Common | | None | J | T | | | | | |
| 6 | Anglo American PLC Common | A | Div | J | T | | | | | |
| 7 | Goldman Sachs Common | A | Div | J | T | | | | | |
| 8 | Google Class A Common | | None | J | T | | | | | |
| 9 | Honda Motor ADR | A | Div | J | T | | | | | |
| 10 | JPMorgan Chase Common | A | Div | J | T | | | | | |
| 11 | Legg Mason Common | A | Div | J | T | | | | | |
| 12 | Lehman Brothers Common | A | Div | J | T | | | | | |
| 13 | Merrill Lynch Common | A | Div | J | T | | | | | |
| 14 | Morgan Stanley Common | A | Div | J | T | | | | | |
| 15 | NYMEX Holdings Common | | None | J | T | | | | | |
| 16 | Pepsico Common | A | Div | J | T | | | | | |
| 17 | Prudential Financial Common | A | Div | J | T | | | | | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | **NONE** (No reportable income, assets, or transactions) | | | | | | | | |
| 18 | Taiwan Semiconductor ADR | A | Div | J | T | | | | |
| 19 | Time Warner Common | A | Divi | J | T | | | | |
| 20 | Toyota Motor ADR | A | Div | J | T | | | | |
| 21 | United Technologies Common | A | Div | J | T | | | | |
| 22 | Hall-Augusta Properties | E | Gain | M | W | | | | |
| 23 | Patriot Foods | E | Dist | M | W | | | | |
| 24 | Denise/Jeff Malcolm-note receivable | B | Int | J | U | | | | |
| 25 | Northwestern Mutual Universal Life Policy | B | Int | K | U | | | | |
| 26 | First Bank of Georgia-IRA CD's | A | Int | J | T | | | | |
| 27 | Fidelity Independence Mutual Fund-IRA | A | Div | J | T | | | | |
| 28 | First Bank of Georgia Accounts | A | Int | K | T | | | | |
| 29 | River Ridge Investors | F | Dist | None | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

# VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

I. Positions (continued)

4. Member      Patriot Foods, LLC

5. Member      Hall-Augusta Properties, LLC

6. Director      Georgia Medical Center Authority

III.A.  Filer's Non-investment Income

4. 2007      Georgia-Carolina Bancshares, Inc./First Bank of Georgia-Directors Fees      $ 1,100.00

5. 2005      Warlick, Tritt, Stebbins & Hall, LLP-Partner Distributions      $99,846.00

6. 2005 Georgia-Carolina Bancshares, Inc./First Bank of Georgia-Directors Fees      $11,661.00

# IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____       Date  3/21/2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 30 | 000 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | 150 | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | 1 | 369 | 010 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | 350 | 000 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | 11 | 000 |
| Due from others | | | 750 | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 105 | 000 |
| Real estate owned-add schedule | | 690 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 150 | 000 | Stock Margin Loan | | 292 | 000 |
| Cash value-life insurance | | 18 | 000 | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 408 | 000 |
| | | | | Net Worth | 2 | 199 | 910 |
| Total Assets | 2 | 607 | 910 | Total liabilities and net worth | 2 | 607 | 910 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 485 | 000 | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |